UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENERAL SECURITY, INC., <br><br> Plaintiff, <br><br> v. <br><br> APX ALARM SECURITY SOLUTIONS, INC. and APEX ALARM, LLC, <br><br> Defendants. | **STIPULATION OF DISMISSAL** <br><br> Civil Action No.: 08-CV-0927 (DNH/GHL) |

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys of record that the above-entitled action is hereby dismissed in its entirety, with prejudice, and without costs to any party.

Dated: June 28, 2010

_____
Jena R. Rotheim, Esq. (515000)
COUNSEL FOR PLAINTIFF
General Security, Inc.

**NIXON PEABODY LLP**
677 Broadway, 10th Floor
Albany, New York 12207
Phone: (518) 427-2650
jrotheim@nixonpeabody.com

_____
Michael J. Masino, Esq. (502948)
COUNSEL FOR DEFENDANTS
APX Alarm Security Solutions, Inc. and
Apex Alarm, LLC

**HARRIS BEACH PLLC**
99 Garnsey Road
Pittsford, New York 14535
Phone: (585) 419-8800
mmasino@harrisbeach.com

SO ORDERED:

_____
GEORGE H. LOWE
6/30/10